YOUR NAME: Pamela Stickler
YOUR ADDRESS: General Delivery San Diego CA 9215_
YOUR TELEPHONE NUMBER: 619 281 8911

FILED
FEB -9 2012
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Pamela Stickler )
 )
-v- )   Case No. 12 CV 0346 LAB BLM
 )   (To be assigned at time of filing)
Bill Clinton )
 )
 )   COMPLAINT FOR (Brief description of document)

Plaintiff alleges: In 1983 Tammy Stickler I was living with her at Pat Harris, permission to file a restraining order. About 5 guys, and so did Mario Kencana former roommate. She had four foster mothers and that they were planning on giving her Robert Light's apt keys in 1998, being the fifth one and escorting me out. That throughout the time he was President that he did not want Robert Light to provide for me voluntarily so that I would try to abort by myself. Tammy Stickler is refusing to transfer his phone over to me. The security company may be connected to the democratic Party which were ordering out of the Regents Rd, La Jolla, CA. Bill Malone had mentioned taking myself back, which may have meant Tammy Stickler. Mike Bovocante had mentioned I don't share I never have I never will. The democratic Party

::ODMA\PCDOCS\WORDPERFECT\68691 May 26, 1999 (2:51pm)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
## DEFENDANTS

**FILED FEB -9 2012**
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**'12 CV 0346 LAB BLM**

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number): Pamela Stickler

Attorneys (If Known):

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1

## IV. NATURE OF SUIT
890 Other Statutory Actions [X]

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 890 28:1331
Brief description of cause: Requesting TRO, Restraining Order

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 4,000
JURY DEMAND: [X] No

## VIII. RELATED CASE(S) IF ANY
George Bush

DATE: 2/9/12

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___